IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:24-CR-00077 |
| v. | § | JUDGES BARKER/MITCHELL |
| | § | |
| DALTEN ALAN HALL (01) | § | |

**ELEMENTS OF THE OFFENSE**

You are charged in Count One of the first superseding indictment with a violation of 18 U.S.C. § 1366(a), Destruction of an Energy Facility. The essential elements which must be proven to establish a violation of this offense are:

FIRST: That the defendant knowingly and willfully damaged or destroyed an energy facility involved in the production, storage, transmission, and distribution of electricity or another form or source of energy;

SECOND: That the facility was as used in an activity affecting interstate or foreign commerce;

THIRD: That the damage exceeded one hundred thousand dollars; and

FOURTH: That the damage caused or attempted to cause a significant interruption or impairment of a function of the facility.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Dustin R. Farahnak*
Dustin R. Farahnak
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24115528
Tyler, Texas 75702
(903) 590-1400

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Elements of the Offense has been served on counsel of record for the defendant via ECF on the day of this filing.

*/s/ Dustin R. Farahnak*
Dustin R. Farahnak